| United States Bankruptcy Court<br>**Middle District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Southwest Georgia Housing Development Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>58-2273276 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>228 Blakely Street<br>Cuthbert, GA<br>ZIP Code 39840 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Randolph | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 403<br>Cuthbert, GA<br>ZIP Code 39840 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☑ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Southwest Georgia Housing Development Corporation |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Southwest Georgia Housing Development Corporation

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** /s/ Karen Fagin White
_____
Signature of Attorney for Debtor(s)

Karen Fagin White 754450
_____
Printed Name of Attorney for Debtor(s)

Cohen Pollock Merlin & Small, PC
_____
Firm Name

3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
_____
Address

Email: kfwhite@cpmas.com
770-858-1288  Fax: 770-858-1277
_____
Telephone Number

March 3, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Walter Mattox
_____
Signature of Authorized Individual

Walter Mattox
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

March 3, 2011
_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Georgia

In re   Southwest Georgia Housing Development Corporation ,     Case No. _____

Debtor

Chapter          7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,270,097.00 | | |
| B - Personal Property | Yes | 8 | 462,431.51 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 6,977,224.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 18 | | 10,005.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 3,683,086.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 6,732,528.51 | | |
| Total Liabilities | | | | 10,670,315.45 | |

# United States Bankruptcy Court
## Middle District of Georgia

In re     Southwest Georgia Housing Development Corporation

                 Debtor

Case No. _____

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     Southwest Georgia Housing Development Corporation       ,    Case No. _____

                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| The Willows - Asst. Living<br>6330 SR 82W<br>Cuthbert, Ga<br>(land, buildings, house) | | - | 2,300,000.00 | 3,118,767.00 |
| Tanglewood Apts.<br>468 Liberty Street<br>Blakely, GA 39823<br>(49 units) | | - | 1,203,500.00 | 1,091,860.00 |
| Multi-purpose Bldg. and 21 Dwellings @ The Millenium Center<br>1 Millenium Drive<br>Cuthbert, GA 39840 | | - | 1,974,974.00 | 1,974,974.00 |
| Day Care and Admin bldg @ The Millenium Center<br>94 & 98 Millenium Drive<br>Cuthbert, GA 39840 | | - | 791,623.00 | 791,623.00 |

|  | | |
|---|---|---|
| Sub-Total > | 6,270,097.00 | (Total of this page) |
| Total > | 6,270,097.00 | |

   0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    Southwest Georgia Housing Development Corporation      Case No. _____

                                                **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Southwest Georgia Housing Development Corp. - operating acct. Regions Bank 136 Martin Luther King Jr. Street Cuthbert, GA 39840 | - | 972.00 |
| | | Southwest Georgia Housing Development Corp. - Millenium Center - operating acct. Regions Bank 136 Martin Luther King Jr. Street Cuthbert, GA 39840 | - | 15,060.00 |
| | | Southwest Georgia Housing Development Corp. - Tanglewood Apartments Regions Bank 136 Martin Luther King Jr. Street Cuthbert, GA 39840 | - | 95.00 |
| | | The Willows of Cuthbert - operating acct. Regions Bank 136 Martin Luther King Jr. Street Cuthbert, GA 39840 | - | 11,018.14 |
| | | Southwest Georgia Housing Development Corp. dba Tanglewood Apartments Tax/Insurance Escrow Account c/o DEWAR PROPERTIES Account # 149172901 Park Avenue Bank 1517 Baytree Road Valdosta, GA 31601 | - | 5,360.00 |
| | | Southwest Georgia Housing Development Corp., Tanglewood Security Trust, c/o DEWAR PROPERTIES Account # 830596 Bank of Early P.O.Box 527 Blakely, GA 39823 | - | 5,438.27 |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | 37,943.41 |

  _4_   continuation sheets attached to the Schedule of Personal Property

In re    Southwest Georgia Housing Development Corporation           ,    Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Southwest Georgia Housing Development Corp. & USDA Rural Development Reserve Account d/b/a Tanglewood c/o DEWAR PROPERTIES Account # 149127301 Park Avenue Bank 1517 Baytree Road Valdosta, GA 31601 | - | 144,328.60 |
| | | Southwest Georgia Housing Development Corp.; Tanglewood Rental, c/o DEWAR PROPERTIES Account # 830588 Bank of Early P.O. Box Blakely, GA 39823 | - | 215,843.40 |
| | | Millenium Center and Walter Mattox Replacement Reserve c/o DEPARTMENT OF COMMUNITY AFFAIRS Federated Securities P.O. Box 8600 Boston, MA 02266-8600 | - | 30,303.58 |
| | | Millenium Center and Walter Mattox Insurance Reserve c/o DEPARTMENT OF COMMUNITY AFFAIRS Federated Securities P.O. Box 8600 Boston, MA 02266-8600 | - | 16,943.52 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *** SEE ATTACHMENT *** | - | 16,070.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      423,489.10
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

In re     Southwest Georgia Housing Development Corporation      ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Pepper Ridge Development, LLC Location: 228 Blakely Street, Cuthbert GA 39840 | - | 1.00 |
| | | New Tanglewood, LLC 468 Liberty Street Blakely, Ga | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Tanglewood Apts. 468 Liberty Street Blakely, Georgia | - | 997.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

|  | Sub-Total > | 999.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  __2__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

In re    Southwest Georgia Housing Development Corporation        ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                     Sub-Total >          0.00
                                           (Total of this page)

Sheet  3  of  4  continuation sheets attached
to the Schedule of Personal Property

In re     Southwest Georgia Housing Development Corporation                    ,     Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                0.00
(Total of this page)
                           Total >            462,431.51

Sheet   4   of   4   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Attachment – Inventory

| | |
|---|---|
| 2      ARMOIRES | $300 |
| 3 BED FULL SIZE WITH HEADBOARD, FOOTBOARD, MATTRESS | $450 |
| 2 BED QUEEN WITH HEADBOARD, FOOTBOARD, MATTRESS | $400 |
| 1 BED QUEEN MATTRESS SET | $ 75 |
| 2 BEDS TWIN SIZE FRAME | $ 40 |
| BED TWIN SIZE HEADBOARD | $ 20 |
| 2 BED TWIN SIZE MATTRESS SETS | $100 |
| BENCH | $ 35 |
| 2 BOOK CASES | $ 30 |
| BREAD MAKER | $ 30 |
| CANISTER SET (GLASS) | $ 5 |
| 2 COMPUTERS | $400 |
| CD PLAYER | $ 20 |
| 11 UPHOLSTERED CHAIRS | $440 |
| 45 CHAIRS DINING | $450 |
| 3 CHEST OF DRAWERS | $ 75 |
| CLOCK | $ 5 |
| 3 CLOTHES DRYERS | $375 |
| 4 COFFE TABLES | $ 40 |
| 2 COFFEE MAKERS | $ 5 |
| 2 COMFORTERS | $ 15 |
| DAY BED WITH MATTRESS | $200 |
| DEEP FRYER | $100 |
| 3 OFFICE DESKS | $225 |
| 2 DESK CHAIRS | $ 10 |
| 3 DINING TABLES 6 TOP | $120 |
| 14 SMALL DINING TABLES | $350 |
| DINING TABLE WITH 4 CHAIRS (APARTMENT SIZE) | $ 50 |

| Item | Price |
|---|---|
| COMMERCIAL DISH WASHER | $450 |
| 2 FILING CABINET 2-DRAWER | $150 |
| 4 DRESSERS WITH MIRRORS | $200 |
| DRESSER | $ 35 |
| 2 SALON HAIR DRYERS | $300 |
| 14 END TABLES | $420 |
| 1 ENTERTAINMENT CENTER | $ 70 |
| 2 FILE CABINETS 4 DRAWER | $ 50 |
| FOOD PROCESSOR | $ 15 |
| FULL SIZE MATTRESS (SET) | $ 75 |
| 3 GLASS TOP END TABLE      S | $105 |
| HOBART COMMERICAL MIXER | $250 |
| 3 HUTCHES | $ 165 |
| 2 COMMERCIAL ICE MAKERS | $400 |
| IRONING BOARD | $ 5 |
| 4 IRONS | $20 |
| 14 LAMPS | $ 70 |
| 5 LOVE SEATS | $175 |
| MAGAZINE RACK | $ 5 |
| 19 MICROWAVE  OVENS | $190 |
| 3 NIGHT STANDS | $ 60 |
| 7 OFFICE CHAIRS | $ 70 |
| 2 PIANOS | $500 |
| 8 THROW PILLOWS | $  8 |
| PODIUM | $ 15 |
| 2 PREP TABLES | $200 |
| 5 RECLINER CHAIRS | $ 75 |
| 23 REFRIGERATORS | $460 |
| TABLE ROUND GLASS TOP | $ 20 |

| | |
|---|---|
| 2 TABLES ROUND | $ 40 |
| RUG | $ 10 |
| SALON SHAMPOO BOWL | $110 |
| COMMERCIAL MEAT SLICER | $ 25 |
| 4 SOFAS | $100 |
| STEAM TABLE WITH SALAD BAR | $300 |
| STEAMER COMMERCIAL KITCHEN | $300 |
| STEAMER (CLOTHES) | $ 10 |
| STOVE | $450 |
| 2 TOASTERS | $ 10 |
| 2 TOOL BOXES | $40 |
| 7 TELEVISIONS | $175 |
| 3 TV STANDS | $75 |
| UTILITY RACK | $ 5 |
| VCR | $ 5 |
| WALK IN COOLER | $2500 |
| WALK IN FREEZER | $2000 |
| WALL CLOCK | $ 5 |
| 10 WALL PICTURES | $100 |
| WARMING OVEN | $400 |
| 3 WASHING MACHINES | $300 |
| 19 WATER GLASSES | $ 2 |
| 4 WICKER CHAIRS | $80 |
| 2 WICKER LOVE SEATS | $60 |
| 3 WICKER TABLES | $45 |
| **Total** | **$16070.00** |

In re      Southwest Georgia Housing Development Corporation _____,      Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xxxxx9001 | | | | Second priority to secure debt | | | | | |
| First State Bank of Randolph County P.O. Box 141 Cuthbert, GA 39840 | X | - | | The Willows - Asst. Living 6330 SR 82W Cuthbert, GA (land, buildings, house) and post-foreclosure (deficiency claim regarding Georgetown undeveloped land) | | | X | | |
| | | | | Value $          2,300,000.00 | | | | 510,608.00 | 510,608.00 |
| Account No. x1702; x1701 | | | | Deed to Secure Debt | | | | | |
| State Home Mortgage P.O. Box 95008 Atlanta, GA 30347 | | - | | Multi-purpose Bldg. and 21 Dwellings @ The Millenium Center 1 Millenium Drive Cuthbert, GA 39840 | | | | | |
| | | | | Value $          1,974,974.00 | | | | 1,974,974.00 | 0.00 |
| Account No. 97-04 | | | | First priority deed to secure debt | | | | | |
| United States Dept. of Agriculture - Rural Development 1030 Peach Parkway Fort Valley, GA 31030 | | - | | The Willows - Asst. Living 6330 SR 82W Cuthbert, Ga (land, buildings, house) | | | | | |
| | | | | Value $          2,300,000.00 | | | | 2,608,159.00 | 308,159.00 |
| Account No. xx-xxx-xx7697 | | | | Deed to Secure Debt | | | | | |
| United States Dept. of Agriculture - Rural Development 114 W. 12th St., Ste. F Tifton, GA 31794 | | - | | Tanglewood Apts. 468 Liberty Street Blakely, GA 39823 (49 units) | | | | | |
| | | | | Value $          1,203,500.00 | | | | 1,091,860.00 | 0.00 |
|   1   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 6,185,601.00 | 818,767.00 |

In re  Southwest Georgia Housing Development Corporation              ,  Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | | |
| | | J | C | | | | | | | |
| Account No. xx-xxx-xx7697 | | | | | Deed to Secure Debt | | | | | |
| United States Dept. of Agriculture - Rural Development 1030 Peach Parkway Fort Valley, GA 31030 | - | | | | Day Care and Admin bldg @ The Millenium Center 94 & 98 Millenium Drive Cuthbert, GA 39840 | | | | | |
| | | | | | Value $               791,623.00 | | | | 791,623.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 791,623.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,977,224.00 | 818,767.00 |

In re    Southwest Georgia Housing Development Corporation                                        ,    Case No. _____

_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____17_____ continuation sheets attached

In re  Southwest Georgia Housing Development Corporation                           , Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Hallie  Addison L1 Lanier House 6330A US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Charles Anthony 468 E. Liberty St., Apt 18 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 187.00 | | 187.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Doris Bankston 468 E. Liberty St., Apt 4 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 50.00 | | 50.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Mildred Bankston 468 E. Liberty St., Apt16 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 50.00 | | 50.00 |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Sue Barr The Willows Apt 312 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |

Sheet  1   of  17   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 287.00 | 287.00 |

In re  Southwest Georgia Housing Development Corporation _____,  Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>Kieana Beacham<br>468 E. Liberty St., Apt 42<br>Summerville, GA 30747 | - | | | Security Deposit | | | | 364.00 | 0.00<br><br>364.00 |
| Account No.<br><br>Alberta Blackmon<br>468 E. Liberty St., Apt 25<br>Summerville, GA 30747 | - | | | Security Deposit | | | | 89.00 | 0.00<br><br>89.00 |
| Account No.<br><br>Elouise Boozer<br>468 E. Liberty St., Apt 39<br>Summerville, GA 30747 | - | | | Security Deposit | | | | 50.00 | 0.00<br><br>50.00 |
| Account No.<br><br>Margaret Bridges<br>6330 US Hwy 82 West Apt 317<br>Cuthbert, GA 39840 | - | | | (FOR NOTICE PURPOSES ONLY) | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>Ennis  Brooks<br>Willows Apt 305<br>6330 US Hwy 82 West<br>Cuthbert, GA 39840 | - | | | (FOR NOTICE PURPOSES ONLY) | | | | 0.00 | 0.00<br><br>0.00 |

Sheet  2   of  17   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 503.00 | 503.00 |

In re    Southwest Georgia Housing Development Corporation                            ,    Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

                                                                        Deposits by individuals
                                                                        _____
                                                                          TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Grenean Brown 468 E. Liberty St., Apt 9 Summerville, GA 30747 | | - | | | | | 53.00 | 0.00 | 53.00 |
| Account No. | | | Security Deposit | | | | | | |
| Mildred Ceasar 468 E. Liberty St., Apt 2 Summerville, GA 30747 | | - | | | | | 50.00 | 0.00 | 50.00 |
| Account No. | | | Security Deposit | | | | | | |
| Latoya Copeland 468 E. Liberty St., Apt 32 Summerville, GA 30747 | | - | | | | | 157.00 | 0.00 | 157.00 |
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Topreka Davis 111 Millenium Drive Apt 3A Cuthbert, GA 39840 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Security Deposit | | | | | | |
| Willie Mae Davis 468 E. Liberty St., Apt 3 Summerville, GA 30747 | | - | | | | | 134.00 | 0.00 | 134.00 |

Sheet  3   of  17   continuation sheets attached to                          Subtotal                          0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        394.00          394.00

In re     Southwest Georgia Housing Development Corporation      ,      Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Joann Drinkard 468 E. Liberty St., Apt 48 Summerville, GA 30747 | - | | | | | | 50.00 | 0.00 | 50.00 |
| Account No. | | | Security Deposit | | | | | | |
| Ruth Dunwood 468 E. Liberty St., Apt 24 Summerville, GA 30747 | - | | | | | | 206.00 | 0.00 | 206.00 |
| Account No. | | | Security Deposit | | | | | | |
| Denise Eaford 468 E. Liberty St., Apt 44 Summerville, GA 30747 | - | | | | | | 128.00 | 0.00 | 128.00 |
| Account No. | | | Security Deposit | | | | | | |
| Christina Freeman 468 E. Liberty St., Apt 14 Summerville, GA 30747 | - | | | | | | 198.00 | 0.00 | 198.00 |
| Account No. | | | Security Deposit | | | | | | |
| Ebony Freeman 468 E. Liberty St., Apt 33 Summerville, GA 30747 | - | | | | | | 231.00 | 0.00 | 231.00 |

Sheet __4__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 813.00 | | 813.00 |

In re    Southwest Georgia Housing Development Corporation                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H | W J C |  |  |  |  |  |  |  |
| Account No. |  |  |  | Security Deposit |  |  |  |  |  |  |
| Kendra Freeman 468 E. Liberty St., Apt 29 Summerville, GA 30747 |  | - |  |  |  |  |  | 50.00 | 0.00 | 50.00 |
| Account No. |  |  |  | Security Deposit |  |  |  |  |  |  |
| Alicia George 468 E. Liberty St., Apt47 Summerville, GA 30747 |  | - |  |  |  |  |  | 45.00 | 0.00 | 45.00 |
| Account No. |  |  |  | Security Deposit |  |  |  |  |  |  |
| Ellen Gilbert 468 E. Liberty St., Apt 17 Summerville, GA 30747 |  | - |  |  |  |  |  | 89.00 | 0.00 | 89.00 |
| Account No. |  |  |  | Security Deposit |  |  |  |  |  |  |
| Rhonda Gilbert 468 E. Liberty St., Apt 43 Summerville, GA 30747 |  | - |  |  |  |  |  | 197.00 | 0.00 | 197.00 |
| Account No. |  |  |  | Security Deposit |  |  |  |  |  |  |
| Will Gilbert 468 E. Liberty St., Apt 19 Summerville, GA 30747 |  | - |  |  |  |  |  | 43.00 | 0.00 | 43.00 |

Sheet _5_ of _17_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| | 424.00 | 424.00 |

In re    Southwest Georgia Housing Development Corporation    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Hazel Glenn 307 The Willows Apt 307 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Krystal Grace 468 E. Liberty St., Apt 27 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 55.00 | | 55.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Rachelle Graham 468 E. Liberty St., Apt 22 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 125.00 | | 125.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Laura Hall 102 Millennium Dr, Apt 14B Cuthbert, GA 39840 | - | | | | | | | | 0.00 | |
| | | | | | | | | 100.00 | | 100.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Danielle Hamilton 468 E. Liberty St., Apt 11 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 80.00 | | 80.00 |

Sheet _6_ of _17_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 360.00 | 360.00 |

In re    Southwest Georgia Housing Development Corporation                    ,          Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Security Deposit | | | | | | |
| Trista Harbuck 112 Millenium Dr, Apt 11 Cuthbert, GA 39840 | - | | | | | | | | 0.00 | |
| | | | | | | | | 100.00 | | 100.00 |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Donald Harrison 308 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Joyce  Harrison 310 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Jessica Hightower 468 E. Liberty St., Apt 28 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 233.00 | | 233.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Francenia Hill 468 E. Liberty St., Apt 31 Summerville, GA 30747 | - | | | | | | | | 0.00 | |
| | | | | | | | | 50.00 | | 50.00 |

Sheet _7_ of _17_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 383.00 | 383.00 |

In re     Southwest Georgia Housing Development Corporation        ,    Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Whitney Hutchins 468 E. Liberty St., Apt 8 Summerville, GA 30747 | | - | | | | | 185.00 | 0.00 | 185.00 |
| Account No. | | | Security Deposit | | | | | | |
| Irene Jackson 468 E. Liberty St., Apt 5 Summerville, GA 30747 | | - | | | | | 150.00 | 0.00 | 150.00 |
| Account No. | | | | | | | | | |
| Diane James 118 Millenium Dr, Apt 8 Cuthbert, GA 39840 | | - | | | | | 100.00 | 0.00 | 100.00 |
| Account No. | | | Security Deposit | | | | | | |
| Annie Lou Johnson 468 E. Liberty St., Apt 6 Summerville, GA 30747 | | - | | | | | 60.00 | 0.00 | 60.00 |
| Account No. | | | Security Deposit | | | | | | |
| Takeisha Jones 468 E. Liberty St., Apt 26 Summerville, GA 30747 | | - | | | | | 189.00 | 0.00 | 189.00 |

Sheet __8__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 684.00 | 684.00 |

In re     Southwest Georgia Housing Development Corporation _____,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Wanda Jorden 109B Millenium Dr, Apt 2B Cuthbert, GA 39840 | | | | | | | 100.00 | 0.00 | 100.00 |
| Account No. | | | Security Deposit | | | | | | |
| Sherry Kendrick 468 E. Liberty St., Apt 21 Summerville, GA 30747 | | | | | | | 194.00 | 0.00 | 194.00 |
| Account No. | | | Security Deposit | | | | | | |
| Megan Lamb 104 Millenium Dr, Apt 14A Cuthbert, GA 39840 | | | | | | | 100.00 | 0.00 | 100.00 |
| Account No. | | | Security Deposit | | | | | | |
| Meiasha Lee 468 E. Liberty St., Apt 41 Summerville, GA 30747 | | | | | | | 245.00 | 0.00 | 245.00 |
| Account No. | | | Security Deposit | | | | | | |
| Annie Lett 468 E. Liberty St. Apt 1 Summerville, GA 30747 | | | | | | | 55.00 | 0.00 | 55.00 |

Sheet  9  of  17  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)    694.00    694.00

In re   Southwest Georgia Housing Development Corporation _____,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No.  Teketa Lewis 468 E. Liberty St., Apt 46 Summerville, GA 30747 | - |  |  | Security Deposit |  |  |  | 25.00 | 0.00  25.00 |
| Account No.  Keith Lindsey L2 Lanier House 6330 US Hwy 82 West Cuthbert, GA 39840 | - |  |  | (FOR NOTICE PURPOSES ONLY) |  |  |  | 0.00 | 0.00  0.00 |
| Account No.  Kuwandra Lindsey 468 E. Liberty St., Apt 13 Summerville, GA 30747 | - |  |  | Security Deposit |  |  |  | 25.00 | 0.00  25.00 |
| Account No.  Anita Longoria 100 Millenium Dr, Apt 15 Cuthbert, GA 39840 | - |  |  | Security Deposit |  |  |  | 100.00 | 0.00  100.00 |
| Account No.  Doris  McLeod 306 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - |  |  | (FOR NOTICE PURPOSES ONLY) |  |  |  | 0.00 | 0.00  0.00 |

Sheet  10  of  17  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 150.00 | 0.00  150.00 |

In re  Southwest Georgia Housing Development Corporation
_____ ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | |
| Jennifer Murrell 468 E. Liberty St., Apt 38 Summerville, GA 30747 | - | | | | | | 25.00 | 0.00 / 25.00 |
| Account No. | | | Security Deposit | | | | | |
| Kelly Neves 468 E. Liberty St., Apt 35 Summerville, GA 30747 | - | | | | | | 89.00 | 0.00 / 89.00 |
| Account No. | | | Security Deposit | | | | | |
| Anna Ofton 468 E. Liberty St., Apt 10 Summerville, GA 30747 | - | | | | | | 29.00 | 0.00 / 29.00 |
| Account No. | | | Security Deposit | | | | | |
| Melissa Parks □□115 Millenium Dr, Apt 4 Cuthbert, GA 39840 | - | | | | | | 100.00 | 0.00 / 100.00 |
| Account No. | | | Security Deposit | | | | | |
| Jill Peterson 110 Millenium Dr, Apt 12A Cuthbert, GA 39840 | - | | | | | | 80.00 | 0.00 / 80.00 |

Sheet  11  of  17   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          323.00          0.00 / 323.00

In re    Southwest Georgia Housing Development Corporation                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | Security Deposit | | | | | | |
| Tomecca Peterson 109A  Millenium Dr, Apt 2A Cuthbert, GA 39840 | - | | | | | | | | 80.00 | 0.00 | 80.00 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Leigh Ann Porter 121 Millenium Drive Apt 7A Cuthbert, GA 39840 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Maud Proctor 302 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | Security Deposit | | | | | | |
| Nina Reese 468 E. Liberty St., Apt 7 Summerville, GA 30747 | - | | | | | | | | 149.00 | 0.00 | 149.00 |
| Account No. | | | | | Security Deposit | | | | | | |
| Christina Roberson ☐☐108 Millenium Dr, Apt 12B Cuthbert, GA 39840 | - | | | | | | | | 100.00 | 0.00 | 100.00 |

Sheet __12__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    329.00    0.00    329.00

In re     Southwest Georgia Housing Development Corporation      ,     Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Laura Robinett 304 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Madge Rutledge 314 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Security Deposit | | | | | | |
| Amanda Smith 105 Millenium Dr, Apt 1A Cuthbert, GA 39840 | - | | | | | | 100.00 | 0.00 | 100.00 |
| Account No. | | | Security Deposit | | | | | | |
| Tamika Smith 468 E. Liberty St., Apt 30 Summerville, GA 30747 | - | | | | | | 46.00 | 0.00 | 46.00 |
| Account No. | | | Security Deposit | | | | | | |
| Grace Spann 315 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | | | | | 1,975.00 | 0.00 | 1,975.00 |

Sheet __13__ of __17__ continuation sheets attached to           Subtotal       0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     2,121.00     2,121.00

In re   Southwest Georgia Housing Development Corporation _____,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Security Deposit | | | | | | |
| Jeronica Sparks 468 E. Liberty St., Apt 34 Summerville, GA 30747 | - | | | | | | | 84.00 | 0.00 | 84.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Jetobia Sparks 468 E. Liberty St., Apt 12 Summerville, GA 30747 | - | | | | | | | 25.00 | 0.00 | 25.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Elois  Stevens 468 E. Liberty St., Apt 20 Summerville, GA 30747 | - | | | | | | | 50.00 | 0.00 | 50.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Glenis Thompson 468 E. Liberty St., Apt 40 Summerville, GA 30747 | - | | | | | | | 30.00 | 0.00 | 30.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Angela Trawick 106 Millenium Dr, Apt 13 Cuthbert, GA 39840 | - | | | | | | | 100.00 | 0.00 | 100.00 |

Sheet __14__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 289.00 | 289.00 | |

In re   Southwest Georgia Housing Development Corporation         ,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Lucinde Troupe 468 E. Liberty St., Apt 36 Summerville, GA 30747 | - | | Security Deposit | | | | 50.00 | 0.00 / 50.00 |
| Account No. Thelma Walker 320 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | Security Deposit | | | | 1,975.00 | 0.00 / 1,975.00 |
| Account No. Lula Mae West 468 E. Liberty St., Apt 15 Summerville, GA 30747 | - | | Security Deposit | | | | 50.00 | 0.00 / 50.00 |
| Account No. Elizabeth Wiggins 319 Veranda 6330 US Hwy 82 West Cuthbert, GA 39840 | - | | (FOR NOTICE PURPOSES ONLY) | | | | 0.00 | 0.00 / 0.00 |
| Account No. Kakelia Wiggins 468 E. Liberty St., Apt 23 Summerville, GA 30747 | - | | Security Deposit | | | | 151.00 | 0.00 / 151.00 |

Sheet _15_ of _17_ continuation sheets attached to                    Subtotal            0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)    2,226.00    2,226.00

In re   Southwest Georgia Housing Development Corporation         ,        Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Alexica Wimbush 468 E. Liberty St., Apt 45 Summerville, GA 30747 | - | | | | | | | 0.00 | |
| | | | | | | | 25.00 | | 25.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  16  of  17  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 25.00 | | 25.00 |

In re  Southwest Georgia Housing Development Corporation ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.                                              | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Georgia Department of Labor Suite 752, Sussex Place 148 Andrew Young International Blvd NE Atlanta, GA 30303-1751 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No.                                              | | | (FOR NOTICE PURPOSES ONLY) | | | | | | |
| Randolph County P.O. Box 211 Cuthbert, GA 39840-0221 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No.                                              | | | | | | | | | |
| | | | | | | | | | |
| Account No.                                              | | | | | | | | | |
| | | | | | | | | | |
| Account No.                                              | | | | | | | | | |
| | | | | | | | | | |

Sheet  17   of  17   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total (Report on Summary of Schedules) | 10,005.00 | 10,005.00 |
| | | 0.00 | |

In re    Southwest Georgia Housing Development Corporation    ,   Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | - | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Adams Exterminators P.O. Box 3448 Albany, GA 31706 | | | | | | | | | 0.00 |
| Account No. | | - | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Advantage Vinyl Siding 905 U.S. 19 South Leesburg, GA 31763 | | | | | | | | | 0.00 |
| Account No. | | - | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Aflac 1932 Wynnton Road Columbus, GA 31999-0797 | | | | | | | | | 0.00 |
| Account No. | | - | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Atlas Fence P.O. Box 1074 Albany, GA 31702 | | | | | | | | | 0.00 |

\_\_9\_\_\_ continuation sheets attached

Subtotal
(Total of this page)      0.00

In re    Southwest Georgia Housing Development Corporation                                  ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xx8062, xxx8848 | | | | | Insurance Premiums | | | | |
| BankDirect Capital Finance P.O. Box 660448 Dallas, TX 75266-0448 | - | | | | | | | | 11,970.22 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Blakely Housing Authority P.O. Box 403 Cuthbert, GA 39840 | - | | | | | | | | 0.00 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Capital Plumbing, Inc. 30 Wards Mill Road Cuthbert, GA 39840 | - | | | | | | | | 0.00 |
| Account No. | | | | | Utility Service | | | | |
| City of Cuthbert P.O. Box 100 Cuthbert, GA 39840 | - | | | | | | | | 1,172.56 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Colony House Furniture 212 Blakely Street Cuthbert, GA 39840 | - | | | | | | | | 0.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    13,142.78

In re  Southwest Georgia Housing Development Corporation        ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Columbus Fire & Safety Equipment 3101 2nd Avenue Columbus, GA 31902 | - | | | | | | | 0.00 |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Cook & Associates Consulting P.O. Box 1762 Tifton, GA 31793 | - | | | | | | | 0.00 |
| Account No. | | | | Repayment agreement | | | | |
| Cuthbert Housing Authority 968 Blakely Street Cuthbert, GA 39840 | - | | | | | | | 480,144.00 |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Dye's Heating & Cooling 1451-C U.S. Highway 82 Leesburg, GA 31763 | - | | | | | | | 0.00 |
| Account No. | | | | Grant | | | | |
| Federal Home Loan Bank 1475 Peachtree Street NE Atlanta, GA 30309 | - | | | | | | | 500,000.00 |

Sheet no. _2_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  980,144.00

In re    Southwest Georgia Housing Development Corporation                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Georgia Department of Community Affairs 60 Executive Park, NE Atlanta, GA 30329 | | | | | | | | 0.00 |
| Account No. | | - | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Georgia Power 96 Annex Atlanta, GA 30396 | | | | | | | | 0.00 |
| Account No. | | - | | Trade debt | | | | |
| Glover Foods 119 Old Andersonville Raod Americus, GA 31709 | | | | | | | | 772.27 |
| Account No. | | - | | (FOR NOTICE PURPOSES ONLY) | | | | |
| H&H Hardware P.O. Box 483 Cuthbert, GA 39840 | | | | | | | | 0.00 |
| Account No. | | - | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Harris Carpet Cleaning 381 Williams Mill Road Eufaula, AL 36027 | | | | | | | | 0.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    772.27

In re  Southwest Georgia Housing Development Corporation ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Hixon Hardware & Supply Co. P.O. Box 271 Cuthbert, GA 39840 | - | | | | | | | | 0.00 |
| Account No. | | | | | Trade debt | | | | |
| Liberty National P.O. Box 248889-73124 Oklahoma City, OK 73124-8889 | - | | | | | | | | 119.12 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Magistrate Court P.O. Box 6 Cuthbert, GA 39840 | - | | | | | | | | 0.00 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Mediacom P.O. Box 10538 Atlanta, GA 30348-5138 | - | | | | | | | | 0.00 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Merry Acres Landscaping 1500 Dawson Road P.O. Box 3549 Albany, GA 31706 | - | | | | | | | | 0.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  119.12

In re   Southwest Georgia Housing Development Corporation                                   ,        Case No. _____
                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Milner Septic Services 1477 District Line Road Cuthbert, GA 39840 | - | | | | | | 0.00 |
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Montgomery Insurance P.O. Box 6468 Carol Stream, IL 60197-6486 | - | | | | | | 0.00 |
| Account No. | | | Trade debt | | | | |
| Parker Security P.O. Box 70127 Albany, GA 31708-0127 | - | | | | | | 500.00 |
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Pepper Ridge Development, LLC 228 Blakely St. Cuthbert, GA 39840 | - | | | | | | 0.00 |
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Piggly Wiggly P.O. Box 349 Cuthbert, GA 39840 | - | | | | | | 0.00 |

Sheet no.   5    of   9    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    500.00

In re   Southwest Georgia Housing Development Corporation          ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Harold  Piper 382 Mount Hebron Road Coleman, GA 39836 | - | | | | | | 0.00 |
| Account No. | | | Trade debt | | | | |
| Pridgen Brothers Co. P.O. Box 10 Cordele, GA 31010 | - | | | | | | 418.37 |
| Account No. | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Pro Tech Fire Protection 1410 Tenth Avenue Columbus, GA 31901 | - | | | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxx9001 | | | Post-foreclosure deficiency claim | | | | |
| Regions Bank 136 Martin Luther King Jr. Street Cuthbert, GA 39840 | - | | | | | X | 877,729.68 |
| Account No. | | | Trade debt | | | | |
| Ricoh Americas Corp. P.O. Box 73210 Chicago, IL 60673-0001 | - | | | | | | 127.87 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

878,275.92

In re   Southwest Georgia Housing Development Corporation ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Sara Lee Bakery P.O. Box 4412 Bridgeton, MO 63044 | - | | | | | | | 73.14 |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Serv-Pro of Albany P.O. Box 70905 Albany, GA 31708 | - | | | | | | | 0.00 |
| Account No. | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Southwest Georgia Insurance 501 S. Main Street Moultrie, GA 31776 | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Strategic Funding Group 620 Euclid Ave, Ste 102 Lexington, KY 40502 | - | | | | | | | 1,083.32 |
| Account No. | | | | Trade debt | | | | |
| Sysco - Gulf Coast 2001 West Magnolia Ave. Geneva, AL 36340 | - | | | | | | | 1,339.90 |

Sheet no. _7_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        2,496.36

In re    Southwest Georgia Housing Development Corporation                  ,    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| The Curry Co., Inc. 196 Randolph Street P.O. Box 8 Shellman, GA 39886 | - | | | | | | | | 0.00 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| Tower & Telecom Systems P.O. Box 71624 Albany, GA 31708 | - | | | | | | | | 0.00 |
| Account No. | | | | | Guaranty of portion of debt to First State Bank of Randolph County | | | | |
| United States Dept. of Agriculture - Rural Development 1030 Peach Parkway Suite 4 Fort Valley, GA 31030 | - | | | | | | | | 510,608.00 |
| Account No. xxxxxxxxxx2075 | | | | | (FOR NOTICE PURPOSES ONLY) (Pepper Ridge) | | | | |
| United States Dept. of Agriculture - Rural Development 1030 Peach Parkway Suite 4 Fort Valley, GA 31030 | - | | | | | | | | 1,297,028.00 |
| Account No. | | | | | (FOR NOTICE PURPOSES ONLY) | | | | |
| US Foodservice 7950 Spence Road Fairburn, GA 30213 | - | | | | | | | | 0.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,807,636.00

In re   Southwest Georgia Housing Development Corporation         ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | (FOR NOTICE PURPOSES ONLY) | | | | |
| Windstream Georgia Communications P.O. Box 9001908 Louisville, KY 40290-1908 | | | | | | | 0.00 |
| Account No. | | - | (FOR NOTICE PURPOSES ONLY) | | | | |
| Debi Woodard 5970 Psalmond Road Midland, GA 31820 | | | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no.  _9_  of  _9_  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 0.00 |
| | Total (Report on Summary of Schedules) | 3,683,086.45 |

In re    Southwest Georgia Housing Development Corporation    ,    Case No. _____

                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Cuthbert Housing Authority<br>968 Blakely Street<br>Cuthbert, GA 39840 | Management agreements regarding residental real property (Millenium Center) |
| Dewar Properties, Inc.<br>P.O. Box 2285<br>Valdosta, GA 31604 | Management agreements regarding residental real property (Tangle Apts; Pepper Ridge Development, LLC) |
| Hospital Authority of Randolph County<br>361 Randolph Street<br>Cuthbert, GA 39840 | Management agreement regarding residential real property (The Willows of Cuthbert) |
| Volunteeers of America Southeast<br>600 Azalea Road<br>Mobile, AL 36609 | Least of the multi-purpose, admin and day care buildings at Millennium Center |

   0
___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Southwest Georgia Housing Development Corporation       ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| United States Dept. of Agriculture - Rural Development 1030 Peach Parkway Suite 4 Fort Valley, GA 31030 | First State Bank of Randolph County P.O. Box 141 Cuthbert, GA 39840 |

0
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Georgia

In re    Southwest Georgia Housing Development Corporation          Case No. _____

                                       Debtor(s)        Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    March 3, 2011                      Signature    /s/ Walter Mattox _____

                                                     Walter Mattox

                                                     President

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Georgia

In re    Southwest Georgia Housing Development Corporation
Debtor(s)

Case No. _____
Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $115,270.00 | 2011 YTD: Debtor Business Income |
| $1,063,010.00 | 2010: Debtor Business Income |
| $1,222,208.00 | 2009: Debtor Business Income |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2011 YTD: Debtor Interest Income |
| $229.00 | 2010: Debtor    Interest Income |
| $1,243.00 | 2009: Debtor    Interest Income |

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| United States Dept. of Agriculture - Rural Development 1030 Peach Parkway Suite 4 Fort Valley, GA 31030 | 1-5-2011; 12-5-2010; 11-5-2010 | $21,072.00 | $0.00 |
| Cohen Pollock Merlin & Small 3350 Riverwood Parkway Suite 1600 Atlanta, GA 30339 | 12/2/10;1/17/2011;2/9/2011; 3/2/2011 | $14,498.50 | $0.00 |
| Nixon Peabody, LLP 401 9th Street NW Suite 900 Washington, DC 20004-2128 | 12/22/2010 | $7,500.00 | $0.00 |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| First State Bank of Randolph County<br>81 Court St<br>Cuthbert, GA 39840 | October 5, 2010 | Foreclosure<br>39.82 acres Undeveloped real property<br>Quitman County, GA<br>$160,000.00 foreclosure bid |
| Regions Bank<br>136 Martin Luther King Jr. Street<br>Cuthbert, GA 39840 | October 5, 2010 | 12 duplexes on 9.65 acres in Georgetown, Quitman County, GA<br>$913,693.00 foreclosure bid |
| Regions Bank<br>136 Martin Luther King Jr. Street<br>Cuthbert, GA 39840 | April 6, 2010 | Two single family homes on Tote Road, Cuthbert, Ga<br>$75,320.00 foreclosure bid |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cohen Pollock Merlin & Small<br>3350 Riverwood Parkway<br>Suite 1600<br>Atlanta, GA 30339 | 2/9/2011; 3/2/2011 | $11625.00 |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Regions Bank<br>136 Martin Luther King Jr. Street<br>Cuthbert, GA 39840 | Southwest Georgia Housing Development Corp., - Georgetown Project - Checking Account - 8661 | $1912.10 |
| Regions Bank<br>136 Martin Luther King, Jr. Street<br>Cuthbert, GA 39840 | Southwest Georgia Housing Development Corp., - Tanglewood Apartments Security Deposit - Checking Account - 3597 | $2075.64 |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| Pepper Ridge Development, LLC | 20-2689134 | 228 Blakely Street Cuthbert, GA 39840 | | |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Debi McDade<br>P.O. Box 403<br>Cuthbert, GA 39840 | 2009 - present |
| Debi Woodard<br>5970 Psalmond Rd.<br>Midland, GA 31820 | 2009 - present |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Henderson CPA Firm | Henderson Hill, LLC<br>265 Riverchase East<br>Suite 100<br>Birmingham, AL 35244 | 2007 through present |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Regions Bank<br>P.O. Box 11407<br>Birmingham, AL 35246 | |
| 1st State Bank of Randolph County<br>P.O. Box 141<br>Cuthbert, GA 39840 | |
| United States Dept. of Agriculture<br>915 Hill Park, Suite 100<br>Macon, GA 31201 | |
| Georgia Department of Community Affairs<br>60 Executive Park, NE<br>Atlanta, GA 30329 | |
| Department of Housing & Urban Dev.<br>40 Marietta St.<br>Atlanta, GA 30303 | |
| Enterprise Loan Partners<br>P.O. Box 64361<br>Baltimore, MD 21264 | |

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Walter Mattox P.O. Box 403 Cuthbert, GA 39840 | President | 0% |
| Bryson Langford P.O. Box 240 Shellman, GA 39886 | Chairman | 0% |
| John T. Barge 1434 District Line Rd. Cuthbert, GA 39840 | Vice Chairman | 0% |
| Debi McDade 267 Mount Hebron Road Coleman, GA 39836 | Secretary/Treasurer | 0% |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date March 3, 2011          Signature /s/ Walter Mattox

Walter Mattox
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Georgia

In re    Southwest Georgia Housing Development Corporation       Case No. _____

                           Debtor(s)       Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 19,772.50 |
| Prior to the filing of this statement I have received | $ | 19,772.50 |
| Balance Due | $ | 0.00 |

2. $ __299.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    Adversary proceedings, contested matters and Bankruptcy Rule 2004 proceedings

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    March  2, 2011                    /s/ Karen Fagin White

                                                     Karen Fagin White 754450
                                                     Cohen Pollock Merlin & Small, PC
                                                     3350 Riverwood Parkway
                                                     Suite 1600
                                                     Atlanta, GA 30339
                                                     770-858-1288  Fax: 770-858-1277
                                                     kfwhite@cpmas.com

# United States Bankruptcy Court
## Middle District of Georgia

In re    Southwest Georgia Housing Development Corporation          Case No. _____

                                              Debtor(s)          Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 3, 2011 _____        /s/ Walter Mattox _____

                                                   Walter Mattox/President
                                                   Signer/Title

Adams Exterminators
P.O. Box 3448
Albany, GA 31706

Hallie  Addison
L1 Lanier House
6330A US Hwy 82 West
Cuthbert, GA 39840

Advantage Vinyl Siding
905 U.S. 19 South
Leesburg, GA 31763

Aflac
1932 Wynnton Road
Columbus, GA 31999-0797

Charles Anthony
468 E. Liberty St., Apt 18
Summerville, GA 30747

Atlas Fence
P.O. Box 1074
Albany, GA 31702

BankDirect Capital Finance
P.O. Box 660448
Dallas, TX 75266-0448

Doris Bankston
468 E. Liberty St., Apt 4
Summerville, GA 30747

Mildred Bankston
468 E. Liberty St., Apt16
Summerville, GA 30747

Sue Barr
The Willows Apt 312
6330 US Hwy 82 West
Cuthbert, GA 39840

Kieana Beacham
468 E. Liberty St., Apt 42
Summerville, GA 30747

Alberta Blackmon
468 E. Liberty St., Apt 25
Summerville, GA 30747

Blakely Housing Authority
P.O. Box 403
Cuthbert, GA 39840

Elouise Boozer
468 E. Liberty St., Apt 39
Summerville, GA 30747

Margaret Bridges
6330 US Hwy 82 West Apt 317
Cuthbert, GA 39840

Ennis  Brooks
Willows Apt 305
6330 US Hwy 82 West
Cuthbert, GA 39840

Althea Broughton, Esq.
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031

Grenean Brown
468 E. Liberty St., Apt 9
Summerville, GA 30747

Capital Plumbing, Inc.
30 Wards Mill Road
Cuthbert, GA 39840

Mildred Ceasar
468 E. Liberty St., Apt 2
Summerville, GA 30747

City of Cuthbert
P.O. Box 100
Cuthbert, GA 39840

Colony House Furniture
212 Blakely Street
Cuthbert, GA 39840

Columbus Fire & Safety Equipment
3101 2nd Avenue
Columbus, GA 31902

Cook & Associates Consulting
P.O. Box 1762
Tifton, GA 31793

Latoya Copeland
468 E. Liberty St., Apt 32
Summerville, GA 30747

Cuthbert Housing Authority
968 Blakely Street
Cuthbert, GA 39840

Topreka Davis
111 Millenium Drive Apt 3A
Cuthbert, GA 39840

Willie Mae Davis
468 E. Liberty St., Apt 3
Summerville, GA 30747

Dewar Properties, Inc.
P.O. Box 2285
Valdosta, GA 31604

Joann Drinkard
468 E. Liberty St., Apt 48
Summerville, GA 30747

Ruth Dunwood
468 E. Liberty St., Apt 24
Summerville, GA 30747

Dye's Heating & Cooling
1451-C U.S. Highway 82
Leesburg, GA 31763

Denise Eaford
468 E. Liberty St., Apt 44
Summerville, GA 30747

Federal Home Loan Bank
1475 Peachtree Street NE
Atlanta, GA 30309

First State Bank of Randolph County
P.O. Box 141
Cuthbert, GA 39840

Christina Freeman
468 E. Liberty St., Apt 14
Summerville, GA 30747

Ebony Freeman
468 E. Liberty St., Apt 33
Summerville, GA 30747

Kendra Freeman
468 E. Liberty St., Apt 29
Summerville, GA 30747

Alicia George
468 E. Liberty St., Apt47
Summerville, GA 30747

Georgia Department of Community Affairs
60 Executive Park, NE
Atlanta, GA 30329

Georgia Department of Labor
Suite 752, Sussex Place
148 Andrew Young International Blvd NE
Atlanta, GA 30303-1751

Georgia Department of Revenue
Bankruptcy Unit
P.O. Box 161108
Atlanta, GA 30321

Georgia Power
96 Annex
Atlanta, GA 30396

Ellen Gilbert
468 E. Liberty St., Apt 17
Summerville, GA 30747

Rhonda Gilbert
468 E. Liberty St., Apt 43
Summerville, GA 30747

Will Gilbert
468 E. Liberty St., Apt 19
Summerville, GA 30747

Hazel Glenn
307 The Willows Apt 307
6330 US Hwy 82 West
Cuthbert, GA 39840

Glover Foods
119 Old Andersonville Raod
Americus, GA 31709

Krystal Grace
468 E. Liberty St., Apt 27
Summerville, GA 30747

Rachelle Graham
468 E. Liberty St., Apt 22
Summerville, GA 30747

H&H Hardware
P.O. Box 483
Cuthbert, GA 39840

Laura Hall
102 Millennium Dr, Apt 14B
Cuthbert, GA 39840

Danielle Hamilton
468 E. Liberty St., Apt 11
Summerville, GA 30747

Trista Harbuck
112 Millenium Dr, Apt 11
Cuthbert, GA 39840

Harris Carpet Cleaning
381 Williams Mill Road
Eufaula, AL 36027

Donald Harrison
308 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Joyce  Harrison
310 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Jessica Hightower
468 E. Liberty St., Apt 28
Summerville, GA 30747

Francenia Hill
468 E. Liberty St., Apt 31
Summerville, GA 30747

Hixon Hardware & Supply Co.
P.O. Box 271
Cuthbert, GA 39840

Hospital Authority of Randolph County
361 Randolph Street
Cuthbert, GA 39840

Whitney Hutchins
468 E. Liberty St., Apt 8
Summerville, GA 30747

Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 21125
Philadelphia, PA 19114-0326

Irene Jackson
468 E. Liberty St., Apt 5
Summerville, GA 30747

Diane James
118 Millenium Dr, Apt 8
Cuthbert, GA 39840

Annie Lou Johnson
468 E. Liberty St., Apt 6
Summerville, GA 30747

Takeisha Jones
468 E. Liberty St., Apt 26
Summerville, GA 30747

Wanda Jorden
☐☐109B Millenium Dr, Apt 2B
Cuthbert, GA 39840

Sherry Kendrick
468 E. Liberty St., Apt 21
Summerville, GA 30747

Megan Lamb
104 Millenium Dr, Apt 14A
Cuthbert, GA 39840

Meiasha Lee
468 E. Liberty St., Apt 41
Summerville, GA 30747

Annie Lett
468 E. Liberty St. Apt 1
Summerville, GA 30747

Teketa Lewis
468 E. Liberty St., Apt 46
Summerville, GA 30747

Liberty National
P.O. Box 248889-73124
Oklahoma City, OK 73124-8889

Keith Lindsey
L2 Lanier House
6330 US Hwy 82 West
Cuthbert, GA 39840

Kuwandra Lindsey
468 E. Liberty St., Apt 13
Summerville, GA 30747

Anita Longoria
100 Millenium Dr, Apt 15
Cuthbert, GA 39840

Magistrate Court
P.O. Box 6
Cuthbert, GA 39840

Doris  McLeod
306 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

```
Mediacom
P.O. Box 10538
Atlanta, GA 30348-5138

Merry Acres Landscaping
1500 Dawson Road
P.O. Box 3549
Albany, GA 31706

Milner Septic Services
1477 District Line Road
Cuthbert, GA 39840

Montgomery Insurance
P.O. Box 6468
Carol Stream, IL 60197-6486

Jennifer Murrell
468 E. Liberty St., Apt 38
Summerville, GA 30747

Kelly Neves
468 E. Liberty St., Apt 35
Summerville, GA 30747

Anna Ofton
468 E. Liberty St., Apt 10
Summerville, GA 30747

Parker Security
P.O. Box 70127
Albany, GA 31708-0127

Melissa Parks
115 Millenium Dr, Apt 4
Cuthbert, GA 39840

Pepper Ridge Development, LLC
228 Blakely St.
Cuthbert, GA 39840

Jill Peterson
110 Millenium Dr, Apt 12A
Cuthbert, GA 39840

Tomecca Peterson
109A Millenium Dr, Apt 2A
Cuthbert, GA 39840

Piggly Wiggly
P.O. Box 349
Cuthbert, GA 39840
```

Harold  Piper
382 Mount Hebron Road
Coleman, GA 39836

Leigh Ann Porter
121 Millenium Drive Apt 7A
Cuthbert, GA 39840

Pridgen Brothers Co.
P.O. Box 10
Cordele, GA 31010

Pro Tech Fire Protection
1410 Tenth Avenue
Columbus, GA 31901

Maud Proctor
302 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Randolph County
P.O. Box 211
Cuthbert, GA 39840-0221

Nina Reese
468 E. Liberty St., Apt 7
Summerville, GA 30747

Regions Bank
136 Martin Luther King Jr. Street
Cuthbert, GA 39840

Ricoh Americas Corp.
P.O. Box 73210
Chicago, IL 60673-0001

Christina Roberson
108 Millenium Dr, Apt 12B
Cuthbert, GA 39840

Laura Robinett
304 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Madge Rutledge
314 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Sara Lee Bakery
P.O. Box 4412
Bridgeton, MO 63044

Serv-Pro of Albany
P.O. Box 70905
Albany, GA 31708

Amanda Smith
105 Millenium Dr, Apt 1A
Cuthbert, GA 39840

Tamika Smith
468 E. Liberty St., Apt 30
Summerville, GA 30747

Southwest Georgia Insurance
501 S. Main Street
Moultrie, GA 31776

Grace Spann
315 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Jeronica Sparks
468 E. Liberty St., Apt 34
Summerville, GA 30747

Jetobia Sparks
468 E. Liberty St., Apt 12
Summerville, GA 30747

State Home Mortgage
P.O. Box 95008
Atlanta, GA 30347

Elois  Stevens
468 E. Liberty St., Apt 20
Summerville, GA 30747

G. Leighton Stradtman, Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th St, NW, Ste 2400
Atlanta, GA 30363-1017

Strategic Funding Group
620 Euclid Ave, Ste 102
Lexington, KY 40502

Sysco - Gulf Coast
2001 West Magnolia Ave.
Geneva, AL 36340

The Curry Co., Inc.
196 Randolph Street
P.O. Box 8
Shellman, GA 39886

Glenis Thompson
468 E. Liberty St., Apt 40
Summerville, GA 30747

Tower & Telecom Systems
P.O. Box 71624
Albany, GA 31708

Angela Trawick
106 Millenium Dr, Apt 13
Cuthbert, GA 39840

Lucinde Troupe
468 E. Liberty St., Apt 36
Summerville, GA 30747

United States Dept. of Agriculture -
Rural Development
114 W. 12th St., Ste. F
Tifton, GA 31794

United States Dept. of Agriculture -
Rural Development
1030 Peach Parkway
Suite 4
Fort Valley, GA 31030

US Foodservice
7950 Spence Road
Fairburn, GA 30213

Volunteeers of America Southeast
600 Azalea Road
Mobile, AL 36609

Thelma Walker
320 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Lula Mae West
468 E. Liberty St., Apt 15
Summerville, GA 30747

Elizabeth Wiggins
319 Veranda
6330 US Hwy 82 West
Cuthbert, GA 39840

Kakelia Wiggins
468 E. Liberty St., Apt 23
Summerville, GA 30747

Alexica Wimbush
468 E. Liberty St., Apt 45
Summerville, GA 30747

Windstream Georgia Communications
P.O. Box 9001908
Louisville, KY 40290-1908

Debi Woodard
5970 Psalmond Road
Midland, GA 31820

# United States Bankruptcy Court
## Middle District of Georgia

In re   Southwest Georgia Housing Development Corporation

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Southwest Georgia Housing Development Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 3, 2011

Date

/s/ Karen Fagin White

Karen Fagin White 754450

Signature of Attorney or Litigant

Counsel for   Southwest Georgia Housing Development Corporation

Cohen Pollock Merlin & Small, PC

3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
770-858-1288 Fax:770-858-1277
kfwhite@cpmas.com